IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FEDRICK, | No. C 10-01765 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| FRANCISCO JACQUEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. The Clerk of the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 6/16/2010

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICKY FEDRICK,

    Plaintiff,

v.

FRANCISCO JACQUEZ et al,

    Defendant.

Case Number: CV10-01765 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Fedrick F-54963
B8-103
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-0001

Dated: June 16, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk

2